1  Scott Hervey, State Bar No. 180188
   Scott Plamondon, State Bar No. 212294
2  WEINTRAUB GENSHLEA CHEDIAK
   Law Corporation
3  400 Capitol Mall, 11th Floor
   Sacramento, California 95814
4  (916) 558-6000 – Main
   (916) 446-1611 – Facsimile

5  WEINTRAUB GENSHLEA CHEDIAK
   Law Corporation
6  12400 Wilshire Blvd., Suite 400
   Los Angeles, California 90025
7  (916) 558-6000 – Main
   (916) 446-1611 – Facsimile

9  Attorneys for Plaintiff
   Camelot Distribution Group, Inc.

FILED
11 MAR -7 PM 3:25
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

CAMELOT DISTRIBUTION GROUP, INC., a California corporation,

   Plaintiff,

vs.

DOES 1 THROUGH 5865, inclusive.

   Defendants.

Case No. CV11 01949 DDP FMOx

PLAINTIFF'S DISCLOSURE AND CERTIFICATION OF INTERESTED ENTITIES OR PARTIES
[F.R.C.P. 7.1]

27 ///
28 ///

{1292588.DOC;}    1

Corporate Disclosure and Certification Statement by Plaintiff Camelot Distribution Group

1   This Corporate Disclosure Statement is filed on behalf of Plaintiff Camelot Distribution
2   Group, Inc., a California corporation ("Camelot"), in compliance with the provisions of
3   Federal Rule of Civil Procedure 7.1.
4   The undersigned, counsel of record for Camelot, certifies that the following listed party
5   (or parties) may have a pecuniary interest in the outcome of this case.  These representations
6   are made to enable the court to evaluate possible disqualification or recusal.
7       1.   Camelot Distribution Group, Inc.

9   Dated:  March 7, 2011

WEINTRAUB GENSHLEA CHEDIAK
Law Corporation

By: _____
Scott Hervey
State Bar No. 180188

Attorneys for Plaintiff
Camelot Distribution Group, Inc.