Scott Hervey, State Bar No. 180188
Scott M. Plamondon, State Bar No. 212294
**weintraub** genshlea chediak
a law corporation
400 Capitol Mall, 11th Floor
Sacramento, CA 95814
(916) 558-6000 – Main
(916) 446-1611 – Facsimile

Attorneys for Plaintiff
Camelot Distribution Group, Inc.

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CAMELOT DISTRIBUTION GROUP, INC., <br><br> Plaintiff, <br><br> vs. <br><br> DOES 1 through 5865, inclusive, <br><br> Defendants. | Case No.: CV11-01949 DDP (FMOx) <br><br> PLAINTIFF CAMELOT DISTRIBUTION GROUP, INC.'S NOTICE OF MOTION AND MOTION FOR EXPEDITED DISCOVERY <br><br> Hearing Date: March 16, 2011 <br> Time: 10:00 a.m. <br> Place: 312 N. Spring St. <br> Los Angeles, CA 90012 |

PLEASE TAKE NOTICE that, pursuant to Fed. Rule Civ. Proc. 26(d)(1), on March 16, 2011, at 10:00 A.M., plaintiff Camelot Distribution Group, Inc. ("Camelot" or "Plaintiff) will appear ex parte before Magistrate Judge Honorable Fernando M. Olguin in the United States District Court, Central District of California, Western Division, Room 901 F, to seek an order granting expedited discovery so that Plaintiff may serve subpoenas on DOE Defendants' Internet Service Providers ("ISP") to discover the true names and identities of each individual DOE Defendant.

///

1  Camelot applies for such an order on the grounds that: (1) Camelot has learned of
2  DOE Defendants' individual Internet Protocol ("IP") addresses which can be used to identify
3  each DOE Defendant by name; (2) information connected to these IP addresses cannot be
4  released by DOE Defendants' Internet Service Providers without subpoenas under Fed. Rule
5  Civ. Proc. 45; (3) discovery is necessary to ascertain the names of each individual DOE
6  Defendant; and (4) discovery of the identities of the DOE Defendants is necessary to conduct a
7  discovery schedule conference pursuant to Fed. Rule Civ. Proc. 26(f).

8  This ex parte application is supported by the memorandum of points and authorities
9  and declaration of Scott M. Plamondon submitted herewith and all of the papers, documents
10 and pleadings on file in this matter.

Dated:  March 10, 2011

**weintraub** genshlea chediak
a law corporation

By:   s/ Scott M. Plamondon
Scott Hervey, State Bar No. 180188
Scott M. Plamondon, State Bar No. 212294
Attorneys for Plaintiff