Scott Hervey, State Bar No. 180188
Scott M. Plamondon, State Bar No. 212294
**weintraub** genshlea chediak
a law corporation
400 Capitol Mall, 11th Floor
Sacramento, CA  95814
(916) 558-6000 – Main
(916) 446-1611 – Facsimile

Attorneys for Plaintiff
Camelot Distribution Group, Inc.

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CAMELOT DISTRIBUTION GROUP, INC., | Case No.:  CV11-01949 DDP (FMOx) |
| Plaintiff, | [PROPOSED] ORDER ON PLAINTIFF'S MOTION TO EXPEDITE DISCOVERY |
| vs. | Date:  March 16, 2011
Time: 10:00 a.m.
Place: 312 N. Spring St.
       Los Angeles, CA 900012 |
| DOES 1 through 5865, inclusive, | |
| Defendants. | |

Plaintiff Camelot's ("Plaintiff or "Camelot") ex parte motion to expedite discovery came on for hearing before this Court on _____, 2011.  The Court has considered the papers in support of Plaintiff's motion, the applicable law, the written and oral arguments of the parties and its file in this matter.  After full consideration of these materials and for good cause appearing,

   1.   The motion is granted and it is ordered that Camelot may immediately serve Rule 45 subpoenas on the individual DOE Defendants' Internet Service Providers ("ISP") to obtain the identity of each DOE Defendant, including name, current (and permanent) addresses, telephone numbers, and email addresses;

2. Plaintiff is permitted to serve Rule 45 subpoenas in the same manner as above to any ISP that is identified in response to a subpoena;

3. Any information disclosed to Plaintiff in responding to a Rule 45 subpoena may be used by Plaintiff solely for the purpose of protecting Plaintiff's rights as set forth in its Complaint;

4. If and when an ISP is served with a subpoena, the ISP shall give written notice, which may include email notice, to the subscribers in question within five business days;

5. That if the ISP and/or any Defendant wants to move to quash the subpoena, the party must do so before the return date of the subpoena, which shall be 25 days from the date of service;

6. That the ISP shall preserve any subpoenaed information pending the resolution of any timely filed motion to quash; and

7. That Plaintiff shall provide each ISP with a copy of this Order along with its subpoena.

Dated: _____

　　　　　　　　　　　　　　　　　　Hon. Fernando M. Olguin,
　　　　　　　　　　　　　　　　　　Magistrate Judge of the US District Court
　　　　　　　　　　　　　　　　　　Central District of California, Western Division

{1293584.DOC;}　　　　　2　　　　　[Proposed] Order on Plaintiff's Motion to Expedite Discovery