# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAMELOT DISTRIBUTION GROUP, INC., <br><br> Plaintiff, <br><br> v. <br><br> DOES 1 THROUGH 5865, <br><br> Defendants. | Case No. CV 11-1949 DDP (FMOx) <br><br> **ORDER TO SHOW CAUSE and ORDER APPOINTING AMICUS COUNSEL** |

Having received and reviewed plaintiff's Motion for Expedited Discovery, IT IS HEREBY ORDERED THAT:

1. On or before **May 13, 2011**, plaintiff Camelot Distribution Group, Inc. ("plaintiff") shall show cause why the Doe defendants should not be severed and/or dismissed from this action based on improper joinder of parties or lack of personal jurisdiction. In particular, **plaintiff shall attempt to show such cause in writing by filing a Response to Order to Show Cause** ("Response") that addresses the following issues. First, plaintiff's Response shall address: (1) whether the requirements for permissive joinder of each of the 5,865 Doe defendants have been met under Rule 20 of the Federal Rules of Civil Procedure and (2) "whether permissive joinder would 'comport with the principles of fundamental fairness' or would result in prejudice to either side." See Coleman v. Quaker Oats Co., 232 F.3d 1271, 1296 (9th Cir. 2000), cert. denied, 533

U.S. 950, 121 S.Ct. 2592 (2001) (citation omitted).  Second, plaintiff's Response shall address whether the court has personal jurisdiction over each of the 5,865 Doe defendants.  **Plaintiff's Response shall not exceed twenty (20) pages in length.**

2. The Electronic Frontier Foundation is hereby appointed as Amicus Counsel in connection with proceedings related to the instant Order to Show Cause.

3. The Clerk of Court shall serve a copy of this Order on Amicus Counsel.

4. No later than **April 29, 2011**, Amicus Counsel shall file a Notice of Appearance, notifying the court of the name of the attorney who will have principal charge of the case as Amicus Counsel, together with the address where the attorney may be served, and the attorney's telephone and fax numbers.

5. Amicus Counsel shall file a Reply to plaintiff's Response ("Reply") no later than **June 3, 2011**.  **The Reply shall not exceed twenty (20) pages in length.**

6. Plaintiff's Motion for Expedited Discovery **(Document No. 11)** and the hearing on the Motion, currently scheduled for April 27, 2011, at 10:00 a.m., are hereby **vacated** pending a ruling on the instant Order to Show Cause.

Dated this 22nd day of April, 2011.

                                                  /s/
                                    Fernando M. Olguin
                                United States Magistrate Judge