Corynne McSherry, Esq. (SBN 221504)
Matthew Zimmerman, Esq. (SBN 212423)
ELECTRONIC FRONTIER FOUNDATION
454 Shotwell Street
San Francisco, CA 94110
Telephone: (415) 436-9333
Facsimile: (415) 436-9993
Email: corynne@eff.org

Attorneys for *Amicus Curiae*
Electronic Frontier Foundation

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAMELOT DISTRIBUTION GROUP, INC., | Case No. 11-cv-01949 DDP (FMOx) |
| Plaintiff, | **NOTICE OF APPEARANCE OF CORYNNE MCSHERRY** |
| v. | |
| DOES 1 THROUGH 5865 | |
| Defendants. | |

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Please enter my appearance as counsel of record in this case for *Amicus Curiae* Electronic Frontier Foundation. I request that copies of all pleadings, papers, notices and other documents be addressed to *Amicus Curiae*'s counsel as follows:

Corynne McSherry, Esq.
ELECTRONIC FRONTIER FOUNDATION
454 Shotwell Street
San Francisco, CA 94110
Telephone: (415) 436-9333
Facsimile: (415) 436-9993
Email: corynne@eff.org

I certify that I am admitted to practice in this Court.

DATED: April 29, 2011

By: *Corynne McSherry* /ss/
Corynne McSherry, Esq. (SBN 221504)
ELECTRONIC FRONTIER FOUNDATION
454 Shotwell Street
San Francisco, CA 94110
Telephone: (415) 436-9333
Facsimile: (415) 436-9993

Attorneys for *Amicus Curiae*
Electronic Frontier Foundation

## PROOF OF SERVICE

I, Stephanie Shattuck, declare:

I am employed in the City and County of San Francisco, California by Electronic Frontier Foundation at 454 Shotwell Street, San Francisco, California 94110. I am over the age of eighteen years and am not a party to the within cause.

On April 29, 2011, at the above-referenced address, I served the attached **NOTICE OF APPEARANCE OF CORYNNE MCSHERRY** on the interested parties in said cause by:

placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in accordance with the firm's practice of collection and processing correspondence with the United States Postal Service, which in the normal course of business provides for the deposit of all correspondence and documents with the United States Postal Service on the same day they are collected and processed for mailing to the person(s) at the address(es) set forth below:

Scott M Hervey, Esq.
Scott M Plamondon, Esq.
Weintraub Genshlea Chediak & Sproul
400 Capitol Mall 11th Floor
Sacramento, CA 95814

I declare that I am employed in the office of a member of the bar of this court at whose discretion this service was made.

DATED: April 29, 2011

*/s/ Stephanie Shattuck*
Stephanie Shattuck

-3-
NOTICE OF APPEARANCE
Case No. 11-cv-01949 DDP (FMOx)