1  Bruce Isaacs, Esq. (SB# 100926), bisaacs@wymanisaacs.com
   WYMAN & ISAACS LLP
2  5757 Wilshire Blvd., Suite 475
3  Los Angeles, CA  90036
   Tel:  (323) 648-4141
4  Fax: (323) 648-4133

5
   Attorneys for Intervenor
6  INCENTIVE CAPITAL, LLC

ORIGINAL

FILED 2011 MAY -5 PM 3:45 CLERK U.S. DISTRICT COURT CENTRAL DIST. OF CALIF. LOS ANGELES

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAMELOT DISTRIBUTION GROUP, INC. ) | Case No.: CV11-01949 DDP (FMOx) |
| ) | |
| Plaintiff, ) | |
| vs. ) | **NOTICE OF RELATED CASES** |
| ) | |
| DOES 1 through 5865, inclusive, ) | |
| ) | |
| Defendant. ) | |
| ) | |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

**PLEASE TAKE NOTICE** that the above-entitled action, *Camelot Distribution Group, Inc. v. Does 1 through 5865, inclusive*, Case No. CV11-01949 DDP (FMOx) (the "BitTorrent Case"), filed on March 7, 2011, may be related to the following case:

*Camelot Entertainment, Inc., Camelot Film Group, Inc and Camelot Distribution Group, Inc. v. Incentive Capital, LLC, and DOES 1 – 50*, Case No. CV11-02323 GAF (JEMx) (the "Camelot Case"), filed by way of Notice of Removal on March 18, 2011 and assigned to the Honorable Gary A. Feess.

**Factual Statement As to Why the BitTorrent Case and the Camelot Case May Be Related**

In the BitTorrent Case, Camelot Distribution Group, Inc. ("Camelot") has filed a copyright infringement action against various Doe Defendants with respect to the motion picture entitled *Nude Nuns with Big Guns* (the "Motion Picture"). In the BitTorrent Case, Incentive Capital, LLC ("Incentive Capital") has filed a motion to intervene and a complaint in intervention because Incentive Capital contends that it, not Camelot, is the owner of the distribution rights to the Motion Picture by virtue of a non-judicial foreclosure which took place on or about February 11, 2011, *before* the BitTorrent Case was filed.

In short, Incentive Capital contends that Camelot is not the owner of the distribution rights to the Motion Picture and, therefore, does not have standing to file, prosecute or prevail in the BitTorrent Case. Rather, Incentive Capital, as the owner of the distribution rights to the Motion Picture, is the party with standing and the real party in interest who is entitled to file, prosecute and prevail in the BitTorrent Case.

The Camelot Case is a case between Camelot Entertainment, Inc., Camelot Film Group, Inc and Camelot Distribution Group, Inc. (the "Camelot Entities"), on the one hand, and Incentive Capital, on the other, with respect to money due and owing to Incentive Capital for the secured loans it made to the Camelot Entities to allow them to acquire a film library, a library which includes the Motion Picture.

The same parties, the Camelot Entities and Incentive Capital, have a similar action pending in the Utah State court which pertains to these same matters (payment due to Incentive Capital and ownership of the distribution rights of the motion pictures in the film library, including ownership of the distribution rights in and to the Motion Picture) and Incentive Capital has already filed a motion to dismiss the Camelot Case or transfer it to the Utah State Court.

Incentive Capital's motion to dismiss/transfer is on calendar for June 6, 2011 before the Honorable Gary A. Feess.

Dated: May 5, 2011                     WYMAN & ISAACS LLP


By: /s/Bruce Isaacs, Esq.
    Bruce Isaacs, Esq.
    Attorneys for Intervenor INCENTIVE CAPITAL, LLC

## CERTIFICATE OF SERVICE

Pursuant to FRCP 5, I certify that I am an employee of the law firm of WYMAN & ISAACS LLP, and that on the date shown below, I caused service of a true and correct copy of the attached: **NOTICE OF RELATED CASES**

to be completed by:

_____ personally delivering

_____ delivery via Nationwide Legal Services

_____ sending via Federal Express or other overnight delivery service

__X__ depositing for mailing in the U.S. mail with sufficient postage affixed thereto

_____ delivery via facsimile machine to fax no. _____

_____ by E-Mail – PDF Format - I caused the foregoing document to be served by e-mail transmission, in PDF Format, to each of the interested parties at the e-mail address shown below.

_____ electronic filing, and thereby delivery via e-mail to:

Scott Hervey, Esq.
Scott Plamondon, Esq.
Weintraub Genshlea Chediak
400 Capital Mall
Suite 1100
Sacramento, CA 95814
E-Mail: shervey@weintraub.com
splamondon@weintraub.com

Dated this 5th day of May, 2011

/s/Lina Pearmain
Lina Pearmain