Scott Hervey, State Bar No. 180188
Scott M. Plamondon, State Bar No. 212294
**weintraub** genshlea chediak
a law corporation
400 Capitol Mall, 11th Floor
Sacramento, CA  95814
(916) 558-6000 – Main
(916) 446-1611 – Facsimile

Attorneys for Plaintiff
Camelot Distribution Group, Inc.

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CAMELOT DISTRIBUTION GROUP, INC., | Case No.:  CV11-01949 DDP (FMOx) |
| Plaintiff, | |
| vs. | **NOTICE OF DISMISSAL WITHOUT PREJUDICE** |
| DOES 1 through 5,865, inclusive, | |
| Defendants. | |

Plaintiff Camelot Distribution Group, Inc. hereby dismisses the above-entitled action without prejudice pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1).  No answer has been filed by any defendant.

Respectfully submitted,

Dated:  May 23, 2011        **weintraub** genshlea chediak
                a law corporation

By:      s/ Scott M. Plamondon
Scott Hervey, State Bar No. 180188
Scott M. Plamondon, State Bar No. 212294
Attorneys for Plaintiff