Bruce Isaacs, Esq. State Bar No. 00926
WYMAN & ISAACS LLP
5757 Wilshire Blvd., Suite 475
Los Angeles, CA 90036
Tel: (323) 648-4141
Fax: (323) 648-4133

Attorneys for Intervenor
INCENTIVE CAPITAL, LLC.

UNITED STATES DISTRICT COURT

IN AND FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CAMELOT DISTRIBUTION GROUP, INC., <br><br> Plaintiff, <br><br> vs. <br><br> DOES 1 through 5,865, inclusive, <br><br> Defendants. | Case No.: CV11-01949 DDP (FMOx) <br><br> **NOTICE OF WITHDRAWAL OF MOTION TO INTERVENE AND CONSENT TO PLAINTIFF'S DISMISSAL WITHOUT PREJUDICE** |

Intervenor Incentive Capital, LLC hereby withdraws its motion to intervene in the above entitled action and consents to Plaintiff's dismissal.

Dated: June 10, 2011

Respectfully submitted,

WYMAN & ISAACS, LLP

By: ___s/ Bruce Isaacs___
Bruce Isaacs, State Bar No. 100926
Attorneys for Invervenor

## CERTIFICATE OF SERVICE

Pursuant to FRCP 5, I certify that I am an employee of the law firm of WYMAN & ISAACS LLP, and that on the date shown below, I caused service of a true and correct copy of the attached:

**NOTICE OF WITHDRAWAL OF MOTION TO INTERVENE AND CONSENT TO PLAINTIFF'S DISMISSAL WITHOUT PREJUDICE**

to be completed by:

_____  personally delivering

_____  delivery via Nationwide Legal Services

_____  sending via Federal Express or other overnight delivery service

__X__  depositing for mailing in the U.S. mail with sufficient postage affixed thereto

_____  delivery via facsimile machine to fax no. _____

_____  by E-Mail – PDF Format - I caused the foregoing document to be served by e-mail transmission, in PDF Format, to each of the interested parties at the e-mail address shown below.

_____  electronic filing, and thereby delivery via e-mail to:

Scott Hervey, Esq.
Scott Plamondon, Esq.
Weintraub Genshlea Chediak
400 Capital Mall
Suite 1100
Sacramento, CA  95814
E-Mail:  shervey@weintraub.com
         splamondon@weintraub.com

Dated this 10th day of June, 2011

/s/ Lina Pearmain
Lina Pearmain