1  Bruce Isaacs, Esq. (SB# 100926), bisaacs@wymanisaacs.com
2  WYMAN & ISAACS LLP
   5757 Wilshire Blvd., Suite 475
3  Los Angeles, CA  90036
   Tel:  (323) 648-4141
4  Fax:  (323) 648-4133

5
   Attorneys for Intervenor
6  INCENTIVE CAPITAL, LLC

7

8

9

10

11                    **UNITED STATES DISTRICT COURT**

12                    **CENTRAL DISTRICT OF CALIFORNIA**

13

| | |
|---|---|
| CAMELOT DISTRIBUTION GROUP, INC., ) | Case No.:  CV11-01949 DDP (FMOx) |
| ) | |
| Plaintiff, ) | |
| vs. ) | **NOTICE OF ERRATA RE WATERMARK** |
| ) | **ON NOTICE OF WITHDRAWAL OF** |
| DOES 1 through 5865, inclusive, ) | **MOTION TO INTERVENE AND** |
| ) | **CONSENT TO PLAINTIFF'S DISMISSAL** |
| Defendant. ) | **WITHOUT PREJUDICE** |
| ) | |

19

20

21

22

23

24

25

26

27

28

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

     **PLEASE TAKE NOTICE** that, Intervenor Incentive Capital, LLC inadvertently e-filed a Notice of Withdrawal of Motion to Intervene and Consent to Plaintiff's Dismissal without Prejudice (Notice of Withdrawal of Motion to Intervene") (Document No. 28) with a watermark of a name of a different law firm.  Attached hereto as Ex. "1" is a true and correct copy the Notice of Withdrawal of Motion to Intervene without the watermark.

Dated:  June 10, 2011           WYMAN & ISAACS LLP


                          By: /s/Bruce Isaacs, Esq.                   

                            Bruce Isaacs, Esq.
                            Attorneys for Intervenor INCENTIVE CAPITAL, LLC

**EXHIBIT 1**

1   Bruce Isaacs, Esq. (SB# 100926), bisaacs@wymanisaacs.com
    WYMAN & ISAACS LLP
2   5757 Wilshire Blvd., Suite 475
3   Los Angeles, CA  90036
    Tel:  (323) 648-4141
4   Fax:  (323) 648-4133

5
    Attorneys for Intervenor
6   INCENTIVE CAPITAL, LLC

7

8

9

10
                    **UNITED STATES DISTRICT COURT**
11
                   **CENTRAL DISTRICT OF CALIFORNIA**
12

13  CAMELOT DISTRIBUTION GROUP, INC.,   )   Case No.:  CV11-01949 DDP (FMOx)
                                        )
14              Plaintiff,              )
           vs.                          )   **NOTICE OF WITHDRAWAL OF**
15                                      )   **MOTION TO INTERVENE AND**
                                        )   **CONSENT TO PLAINTIFF'S DISMISSAL**
16  DOES 1 through 5865, inclusive,     )   **WITHOUT PREJUDICE**
                                        )
17              Defendant.              )
                                        )
18

19

20

21

22

23

24

25

26

27

28

---

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

       **PLEASE TAKE NOTICE,** that Intervenor Incentive Capital, LLC hereby withdraws its motion to intervene in the above entitled action and consents to Plaintiff's dismissal.


Dated:  June 10, 2011               WYMAN & ISAACS LLP



                        By:  /s/Bruce Isaacs, Esq.

                           Bruce Isaacs, Esq.
                           Attorneys for Intervenor INCENTIVE CAPITAL, LLC

**CERTIFICATE OF SERVICE**

Pursuant to FRCP 5, I certify that I am an employee of the law firm of WYMAN & ISAACS

LLP, and that on the date shown below, I caused service of a true and correct copy of the attached:

**NOTICE OF WITHDRAWAL OF MOTION TO INTERVENE AND CONSENT TO**

**PLAINTIFF'S DISMISSAL WITHOUT PREJUDICE**

to be completed by:

___         personally delivering

___         delivery via Nationwide Legal Services

___         sending via Federal Express or other overnight delivery service

_X_         depositing for mailing in the U.S. mail with sufficient postage affixed thereto

___         delivery via facsimile machine to fax no. _____
            by E-Mail – PDF Format - I caused the foregoing document to be served by e-mail
            transmission, in PDF Format, to each of the interested parties at the e-mail address
            shown below.

_X_         electronic filing, and thereby delivery via e-mail to:

Scott Hervey, Esq.
Scott Plamondon, Esq.
Weintraub Genshlea Chediak
400 Capital Mall
Suite 1100
Sacramento, CA  95814
E-Mail:  shervey@weintraub.com
         splamondon@weintraub.com

        Dated this 10th day of June, 2011

                                        /s/ Lina Pearmain
                                        Lina Pearmain

**CERTIFICATE OF SERVICE**

        Pursuant to FRCP 5, I certify that I am an employee of the law firm of WYMAN & ISAACS LLP, and that on the date shown below, I caused service of a true and correct copy of the attached:

**NOTICE OF ERRATA RE WATERMARK ON NOTICE OF WITHDRAWAL OF MOTION TO INTERVENE AND CONSENT TO PLAINTIFF'S DISMISSAL WITHOUT PREJUDICE**

to be completed by:

_____          personally delivering

_____          delivery via Nationwide Legal Services

_____          sending via Federal Express or other overnight delivery service

__X__         depositing for mailing in the U.S. mail with sufficient postage affixed thereto

_____          delivery via facsimile machine to fax no. _____
by E-Mail – PDF Format - I caused the foregoing document to be served by e-mail transmission, in PDF Format, to each of the interested parties at the e-mail address shown below.

__X__         electronic filing, and thereby delivery via e-mail to:

Scott Hervey, Esq.
Scott Plamondon, Esq.
Weintraub Genshlea Chediak
400 Capital Mall
Suite 1100
Sacramento, CA  95814
E-Mail:  shervey@weintraub.com
         splamondon@weintraub.com

      Dated this 10th day of June, 2011

                           /s/ Lina Pearmain
                           Lina Pearmain