JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAMELOT DISTRIBUTION GROUP, INC., <br><br> Plaintiff, <br><br> v. <br><br> DOES 1 THROUGH 5866 <br> Movant: ELECTRONIC FRONTIER FOUNDATION, amicus curiae, <br><br> Defendants. | Case No. CV 11-01949 DDP (JCGx) <br><br> **ORDER OF DISMISSAL** |

THE COURT ORDERS that this action be, and hereby is, dismissed without prejudice.

The Clerk shall mail, FAX or E:mail a copy of this Order to all counsel.

Dated: June 24, 2011

DEAN D. PREGERSON
United States District Judge